**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 22-23128-CIV-SCOLA/GOODMAN**

In re E.G.A., a Minor.

JEAN-CHRISTOPHE ALBOU,

    Petitioner,

v.

ANA-MARIA TORO,

    Respondent.

_____/

**ORDER GRANTING RESPONDENT'S MOTION TO COMPEL**

Respondent Ana-Maria Toro filed a motion to compel the production of documents [ECF No. 20], which United States District Judge Robert N. Scola referred to the Undersigned [ECF No. 21]. The Undersigned set a briefing schedule on Respondent's motion and required Petitioner Jean-Christophe Albou to file his response by November 23, 2022. [ECF No. 25]. Petitioner failed to file a response and the time to do so has passed. Accordingly, the Undersigned **grants** Respondent's motion by default.

The Local Rules permit the Court to grant a motion by default based on the opposing party's failure to respond. S.D. Fla. L.R. 7.1(c)(1) ("For all motions, except motions served with the summons and complaint, each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after

service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default."). Further, Respondent's motion is appropriately granted on the merits, as Petitioner has not raised any objection to the requested discovery. Therefore, the Court **grants** Respondent's Motion to Compel in the following manner:

By December 14, 2022, Petitioner shall produce to Respondent all documents responsive to Respondent's Request to Produce [ECF No. 20-1]. Further, in situations where Petitioner is relying on documents that were previously produced, he shall amend his discovery response to identify the responsive documents by the document's BATES number; a response by Petitioner to "See Dropbox Folder Response . . . " is insufficient.

Failure to produce all responsive documents by December 14, 2022 may result in Rule 37 sanctions, including striking of pleadings or dismissing the action in whole or in part.

**DONE AND ORDERED** in Chambers, Miami, Florida, on December 7, 2022.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Robert N. Scola, Jr.
All counsel of record