UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re E.G.A., a Minor.                                  Civil Action No. 22-23128-cv-RNS

JEAN-CHRISTOPHE ALBOU,
Petitioner,

v.

ANA-MARIA TORO
Respondent

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against the Respondent pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their respective attorney's fees and costs.

Jointly submitted January 5, 2023.

Paul A. McKenna, Esq.
Paul A. McKenna & Associates, P.A.
7300 Biscayne Boulevard, Suite 200
Miami, FL 33138
Telephone: (305) 662-9908
paul@pmcklaw.com
litigations@pmcklaw.com

/s/ Paul McKenna
Paul McKenna, Esq.
FBN 348481
*Attorneys for Petitioner*

Ronald H. Kauffman, Esq.
Ronald H. Kauffman, P.A.
2 South Biscayne Boulevard
Suite 3400
Miami, Florida 33131
Telephone: (305) 374-0937
Email: ron@rhkauffman.com

/s/ Ronald H. Kauffman
Ronald H. Kauffman, Esq.
FBN 970743
*Attorneys for Respondent*