United States District Court
for the
Southern District of Florida

| | |
|---|---|
| In re E.G.A., a Minor. ) | |
| ) | |
| Jean-Christophe Albou, Petitioner, ) | Civil Action No. 22-23128-Civ-Scola |
| ) | |
| v. ) | |
| ) | |
| Ana-Maria Toro, Respondent. ) | |

## Order of Dismissal

The parties have dismissed this suit without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 40.) Because this matter has been resolved, the Court **directs** the Clerk to **release** to the Respondent, Ana-Maria Toro, or to counsel for the Respondent all of the Child's travel documents that the Respondent previously surrendered to the Clerk. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on January 6, 2023.

_____
Robert N. Scola, Jr.
United States District Judge